UNITED STATES of America, Appellant,

v.

Riley L. PARNELL et al., Appellees.

UNITED STATES of America, Appellant,

v.

J. H. REED, Jr., et al., Appellees.

Nos. 13831, 13832.

United States Court of Appeals
Sixth Circuit.

Dec. 17, 1959.

Charles K. Rice, Leo M. McCormack, Lee A. Jackson and John J. Pajak, Washington, D. C., Fred Elledge, Jr., U. S. Atty., Nashville, Tenn., for appellant.

William Waller, Sr., Waller, Davis & Lansden, Nashville, Tenn., for appellees.

Before MARTIN and WEICK, Circuit Judges, and BROOKS, District Judge.

PER CURIAM.

The appeal of the United States from the judgment of these consolidated tax cases has been duly heard and considered upon the briefs and oral arguments of attorneys and upon the record in the cause, including the opinion of the District Court:

And it appearing that the findings of fact are supported by substantial evidence and that the conclusions of law are not clearly erroneous but correctly drawn by Judge William E. Miller;

The judgment of the United States District Court is affirmed.

■

Glenn CUNNINGHAM et al.

v.

PREFERRED RISK MUTUAL INSURANCE CO. et al.

No. 16284.

United States Court of Appeals
Eighth Circuit.

Nov. 20, 1959.

James R. McManus, Des Moines, Iowa, and Ralph W. Zastrow, Charles City, Iowa, for appellants.

Herschel G. Langdon, Allan A. Herrick, David W. Belin, Robert L. Sandblom, David S. Baker, Paul W. Walters and Charles M. Bump, Des Moines, Iowa, for appellees.

PER CURIAM.

Motion of appellees to dismiss appeal sustained and appeal dismissed for reason that it is not taken from final decision within intendment of 28 U.S.C.A. § 1291 and is not within purview of 60(b) of Federal Rules of Civil Procedure, 28 U.S.C.A.